David Halberstadter (SBN 107033)
david.halberstadter@katten.com
Tami Kameda Sims (SBN 245628)
tami.sims@katten.com
Amelia E. Bruckner (SBN 341515)
amelia.bruckner@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANNA BIANI,<br><br>　　　　　Plaintiff<br><br>　　v.<br><br>SHOWTIME NETWORKS, INC., a Delaware corporation; SHOWTIME DIGITAL, INC., a Delaware corporation; JOHN LOGAN, DAVID NEVINS, and DOES 1 and 2, individuals,<br><br>　　　　　Defendants. | Case No. 2:23-cv-03845<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>[Assigned to District Judge Dolly M. Gee and Magistrate Judge Charles F. Eick] |

157710065

**TO THE COURT, PLAINTIFF AND ITS COUNSEL:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned, counsel for Defendants, hereby certifies that the following listed parties may have a pecuniary interest in the outcome of the case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff Anna Biani;
2. Defendant Showtime Networks Inc.;
3. Defendant Showtime Digital Inc.;
4. Defendant John Logan;
5. Defendant David Nevins; and
6. Paramount Global (corporate parent of the Showtime defendants).

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel states that Defendants Showtime Networks Inc. ("SNI") and Showtime Digital Inc. ("SDI") are non-governmental corporate parties and have the following parent corporations: SDI is a wholly owned subsidiary of SNI, which is a wholly owned subsidiary of Paramount Global. Paramount Global is a publicly traded company. National Amusements, Inc., a privately held company, beneficially owns the majority of the Class A voting stock of Paramount Global. In addition, Paramount Global is only aware, without further inquiry, that Berkshire Hathaway Inc., a publicly traded company, beneficially owns at least 10% of Paramount Global's total common stock;

157710065

1  *i.e.*, Class A and Class B on a combined basis, as reported on a Form 13F filed with the
2  Securities and Exchange Commission on May 15, 2023.

Dated:  June 6, 2023                    KATTEN MUCHIN ROSENMAN LLP

                                        By: /s/ David Halberstadter
                                            David Halberstadter
                                            Attorneys for Defendants

157710065