JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ANNA BIANI, | Case No. CV 23-3845-DMG (Ex) |
| Plaintiff | **ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT [25]** |
| v. | |
| SHOWTIME NETWORKS, INC., a Delaware corporation; SHOWTIME DIGITAL, INC., a Delaware corporation; JOHN LOGAN, DAVID NEVINS, and DOES 1 and 2, individuals, | |
| Defendants. | |

The Court has read and considered the request by Defendants SHOWTIME NETWORKS INC., SHOWTIME DIGITAL INC., JOHN LOGAN and DAVID NEVINS (together, "Defendants") that the Court dismiss the Complaint ("Complaint") filed by Plaintiff ANNA BIANI ("Plaintiff") with prejudice and enter judgment thereon. The Court finds as follows:

    1.    Defendants filed their motion to dismiss the Complaint on August 4, 2023. [Doc. # 19.]

    2.    After the motion had been fully briefed, the Court on September 7, 2023, issued an In Chambers Order taking the motion off calendar to be decided without oral argument.  [Doc. # 22.]

    3.    On March 29, 2024, the Court granted Defendants' motion to dismiss with leave to amend.  [Doc. # 23.]  The Court gave Plaintiff 21 days within which to file a First Amended Complaint or notify the Court of her intention not to do so.

    4.    On April 29, 2024, Plaintiff filed a notice indicating that she did not intend to amend her Complaint.  [Doc. # 24.]

Based upon the foregoing findings, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that (1) the Complaint is now hereby dismissed in its entirety with prejudice and (2) judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated:  May 24, 2024

_____
DOLLY M. GEE
Chief U.S. District Judge